FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| TAURUS DAVON MILLER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>MARTIN BITER,<br><br>　　　　　Respondent. | Case No. CV 12-08460 ODW (AN)<br><br>ORDER ACCEPTING THE FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections (erroneously titled "Response") [19]. Further, the Court has completed a *de novo* review of those portions of the R&R to which Petitioner has objected.

　　　IT IS ORDERED that:

　　　1.　　The Objections, which reiterate arguments made in the First Amended Petition, are overruled for the reasons set forth in the R&R.

　　　2.　　The Court accepts the findings and recommendation of the R&R.

　　　3.　　Judgment shall be entered denying the First Amended Petition and dismissing this action with prejudice.

///

4. All pending motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: April 22, 2013

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE