FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| TAURUS DAVON MILLER,<br>　　　Petitioner,<br>　　v.<br>MARTIN BITER,<br>　　　Respondent. | Case No. CV 12-08460 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 22, 2013

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 23 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY