JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TAURUS DAVON MILLER,<br>　　Petitioner,<br>　　v.<br>MARTIN BITER,<br>　　Respondent. | Case No. CV 12-08460 ODW (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: April 22, 2013

OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE